### JEAN LANZO *v.* JAMES LANZO
### (11302)

DUPONT, C. J., FOTI and LAVERY, Js.

Submitted on briefs February 23—decision released March 16, 1993

*Morris I. Olmer* filed a brief for the appellant (defendant).

*Jean Lanzo,* pro se, the appellee (plaintiff), filed a brief.

PER CURIAM. The judgment is affirmed.